# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN LILLEY and KARLA LILLEY ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-1057 |
| ) | |
| FIRST BANKS, INC. ) | |
| (a foreign corporation as Holding Company ) | |
| doing business in Illinois) ) | Fair Credit Reporting Act, |
| ) | 15 USC §§ 1681 *et seq.* |
| And ) | |
| ) | |
| FIRST BANK, ) | |
| (a Missouri State-Chartered Bank ) | JURY TRIAL DEMANDED |
| Doing business in Illinois ) | |
| as successor in interest to Union Bank) ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER coming before the Court and the Court being fully advised in the premises, it is hereby ordered as follows:

1. Counsel's Motion to Withdraw as Counsel for Plaintiff is hereby **GRANTED** *Instanter.*

2. Plaintiffs or the new counsel for Plaintiffs shall file within twenty-one (21) days from the date of this Order, with the Clerk of the Court, a supplementary appearance that provides an address at which the parties and/or the new counsel may receive service of documents related to the case.

**SO ORDERED.**

**Dated: April 11, 2007**

/s/      David   RHerndon
**United States District Judge**