IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEVIN LILLEY and
KARLA LILLEY,**

**Plaintiffs,**

**v.**

**FIRST BANKS, INC.,
and FIRST BANK,**

**Defendants.**                                                                 **No. 06-cv-1057-DRH**

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court for case management. On April 10, 2007, Plaintiffs' then counsel filed a motion to withdraw as counsel and a notice regarding the motion to withdraw as counsel (Docs. 4 & 5). Thereafter, the Court granted the motion to withdraw as counsel (Doc. 6). The notice and Order advised Plaintiffs that they or new counsel shall enter a supplementary appearance within 21 days of the date of the Order allowing Plaintiffs' counsel to withdraw. Based on the record, it is uncertain whether Plaintiffs received the Court's April 11, 2007 Order. Thus, the Court **ALLOWS** Plaintiffs or new counsel up to and including June 5, 2007 to file the supplementary appearance that provides an address at which the parties and/or the new counsel may receive service of documents related to the case.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/      David   RHerndon
**United States District Judge**