IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN LILLEY and**<br>**KARLA LILLEY,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**FIRST BANKS, INC.,**<br>**and FIRST BANK,**<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 06-CV-1057 DRH<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

It appearing to the Court that the plaintiff has failed to file the supplementary appearance that provides an address at which the parties and/or new counsel may receive service of documents related to this case pursuant to the Order dated May 23, 2007, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein be, and it is hereby **DISMISSED** without prejudice.

DATED: June 8, 2007.

/s/          David   RHerndon

UNITED STATES DISTRICT JUDGE